**Order filed November 8, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00805-CV
_____

## SL GLOBAL INVESTMENTS, LLC (D/B/A SL GLOBAL ENERGY) AND MAXIMO HERNANDEZ, Appellants

## V.

## PARKER DRILLING OVERSEAS B.V., Appellee

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-76903**

## ORDER

Appellants SL Global Investments, LLC (d/b/a SL Global Energy) and Maximo Hernandez filed a motion for a temporary order to stay all trial court proceedings during the pendency of this interlocutory appeal from the trial court's

October 27, 2022 order denying a motion to compel arbitration.[1] Tex. R. App. P. 29.3. After considering the motion, this court stays all proceedings in the underlying trial court case pending further order of this court. The court requests that any response from appellee to the motion be filed no later than **7 days** from the date of this order, which should include any potential opposition to the scope of the stay.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.

---

[1] The certificate of conference reflects that appellant conferred with appellee Parker Drilling Overseas B.V. on this motion on November 4, 2022. The motion was filed in the afternoon on November 7, 2022.